**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UMBRA LLC,**

                **Plaintiff,**        **STIPULATION AND ORDER**
   **v.**                                  **CONCERNING DISCONTINUANCE**

**HOME DEPOT INC.,**                 **Civil No.: 06-CV-0612S(Sc)**

                **Defendant.**

---

      **IT IS HEREBY STIPULATED AND AGREED**, by and between all of the parties, through their respective counsel, as follows:

      1.    The signed Confidential Settlement Agreement and Release and First Amendment to Confidential Settlement Agreement and Release approved by the Court is annexed as Exhibit 1.

      2.    As a result of such Court approval, this action shall be discontinued pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, subject to the Settlement Agreement between the parties, **without prejudice** and without costs to any party.

Dated: Buffalo, New York
       May 23, 2007

KAVINOKY COOK LLP                  SCHRÖDER, JOSEPH & ASSOCIATES, LLP

 /s/ Randolph C. Oppenheimer             /s/ Linda H. Joseph
Randolph C. Oppenheimer, Esq.          Linda H. Joseph, Esq.
*Attorneys for Plaintiff*                          *Attorneys for Defendant*
726 Exchange Street, Suite 800            766 Ellicott Street
Buffalo, New York 14210                    Buffalo, New York 14203
Tel. (716) 845-6000                            Tel. (716) 881-4900
Fax (716) 845-6474                            Fax (716) 881-4909
E-mail: roppenheimer@kavinokycook.com    E-mail: ljoseph@sjalegal.com

- 2 -

**SO ORDERED**:

_____
Hon. William M. Skretny
United States District Court Judge
Dated:  May \_\_\_, 2007

07067/28271/289969

- 2 -